# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| In re: | Case No. 10-00798 |
| | Chapter 13 |
| BOBBY WING KAI YUNG and REGINA CHUN LING SHA, | |
| Debtors. | Related Docket No.: 30 |

### ORDER GRANTING MOTION TO SEVER

There being no objection filed in response to the Debtors' Motion to Sever ("Motion"), filed June 14, 2010,

IT IS HEREBY ORDERED:

1.     The Motion is GRANTED and this joint case shall be deconsolidated.

2.     Debtor BOBBY WING KAI YUNG shall remain as the sole debtor in Case No. 10-00798, and must file an amended petition, and amended schedules, statements, including the Chapter 13 Statement of Current Monthly Income and Calculation of Commitment Period and Disposable Income, and plan, not later than 14 days after the date of entry of this order, and an amended list of creditors with addresses not later than 2 days after the date of entry of this order. The debtor is not required to pay any fee for filing these amendments.

3. Joint Debtor REGINA CHUN LING SHA will be removed from Case No. 10-00798 and the clerk shall open a new case in her name. REGINA CHUN LING SHA must file a petition, the schedules and statements required under 11 U.S.C. § 521, including the Chapter 13 Statement of Current Monthly Income and Calculation of Commitment Period and Disposable Income, and plan required under 11 U.S.C. § 1321, not later than 14 days after the date of entry of this order, and a list of creditors and their addresses not later than 2 days after the date of entry of this order.

4. Deadlines in both cases are rescheduled as follows:

a. To file a proof of claim (including governmental units): November 1, 2010.

b. To file a complaint under 11 U.S.C. § 523(a)(6) or (c): October 1, 2010.

c. To file an objection to a claim of exemption: 30 days after the date of filing of the debtor's schedule C or amendment thereof.



/s/ Robert J. Faris
**United States Bankruptcy Judge**
Dated: **07/23/2010**

U.S. Bankruptcy Court - Hawaii   #10-02271   Dkt # 1   Filed  07/26/10   Page 2 of 2